No. 89–5721.   IZQUIERDO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–5722.   FAZZINO *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–5730.   PORTER *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–1449.   KOREAN AIR LINES *v.* MACNAMARA; and

No. 88–1551.   MACNAMARA *v.* KOREAN AIR LINES.   C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari. Reported below: 863 F. 2d 1135.

No. 89–383.   HANSON *v.* ARROWSMITH ET AL.   C. A. 6th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 89–45.   HAWAII *v.* ROMAN.   Sup. Ct. Haw.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–187.   MCCORMICK, WARDEN, ET AL. *v.* COLEMAN. C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–247.   COLORADO *v.* LACY.   Sup. Ct. Colo.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–168.   REXALL DRUG CO. *v.* TIGUE ET AL.;

No. 89–204.   E. R. SQUIBB & SONS, INC. *v.* HYMOWITZ ET AL.; E. R. SQUIBB & SONS, INC. *v.* TIGUE ET AL.; E. R. SQUIBB & SONS, INC. *v.* DOLAN ET AL.; and

No. 89–397.   ELI LILLY & CO. *v.* HYMOWITZ ET AL.; and ELI LILLY & CO. *v.* DOLAN ET AL.   Ct. App. N. Y.   Certiorari denied.   JUSTICE O'CONNOR and JUSTICE SCALIA took no part in the consideration or decision of these petitions.   Reported below: 73 N. Y. 2d 487, 539 N. E. 2d 1069.

No. 89–365.   POLYAK *v.* STACK ET AL.   C. A. 6th Cir.   Motion of petitioner to defer consideration of the petition for writ of certiorari and to consolidate with other cases denied.   Certiorari denied.